McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-392 DLJ |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| CHARLES ROSCOE PINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned Indictment, with prejudice, against defendant CHARLES ROSCOE PINSON.  The government has learned that the defendant passed away on September 25, 2007.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 23, 2007            McGREGOR W. SCOTT
                                   United States Attorney


                                   By:/s/ Kenneth J. Melikian
                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney

1

O R D E R

　　IT IS ORDERED THAT the above-captioned Indictment be and is hereby dismissed, with prejudice, against defendant CHARLES ROSCOE PINSON.

DATED: October 23, 2007

　　　　　　　　　　　　　　　　　　/s/ D. Lowell Jensen
　　　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　United States District Judge